# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 15, 2025

## NO. 03-24-00722-CR

**Ex parte Daniel Colunga, Appellant**

**APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY**
**BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP**
**AFFIRMED -- OPINION BY JUSTICE TRIANA**

This is an appeal from the order entered by the trial court on February 11, 2025. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below